### 41976. ESTES HEATING & AIR CONDITIONING COMPANY v. McGUIRE.

FELTON, Chief Judge. 1. "The Civil Court of Fulton County is a court of record and has jurisdiction to render summary judgments." *Cole v. Cates*, 113 Ga. App. 540 (1) (149 SE2d 165).

2. The trial court did not err in granting a summary judgment in favor of the appellee in the appellant's trover action for a "Carrier 150 B. T. U. Furnace Model #58 BV150-21" where the subject of the conditional sale contract on which the action was based was a "Chrysler Gas Furnace #4215-04."

*Judgment affirmed. Frankum and Pannell, JJ., concur.*

ARGUED MAY 2, 1966—DECIDED JUNE 2, 1966.

*John M. Hames, William W. Miller, Jr.,* for appellant.

*Swift, Currie, McGhee & Hiers, Warner S. Currie, Overton A. Currie, Robert S. Harkey,* for appellee.